# U.S. District Court
## Eastern District of Virginia – (Alexandria)
## CRIMINAL DOCKET FOR CASE #: <u>1:23−mj−00147−LRV</u>−1

Case title: USA v. Grimes                    Date Filed: 08/01/2023

Assigned to: Magistrate Judge Lindsey R.
Vaala

**<u>Defendant (1)</u>**

**Tyler Grimes**                    represented by    **Christopher Bryan Amolsch**
                                                      Law Office of Christopher Amolsch
                                                      12005 Sunrise Valley Drive
                                                      Suite 200
                                                      Reston, VA 20191
                                                      703−969−2214
                                                      Fax: 703−774−1201
                                                      Email: <u>chrisamolsch@yahoo.com</u>
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

                                                      **Brittany M. Davidson**
                                                      Office of the Federal Public Defender
                                                      Eastern District of Virginia (Alexandria)
                                                      1650 King Street
                                                      Suite 500
                                                      Alexandria, VA 22314
                                                      703−600−0817
                                                      Email: <u>brittany_davidson@fd.org</u>
                                                      *TERMINATED: 08/03/2023*
                                                      *Designation: Public Defender*

**<u>Pending Counts</u>**                            **<u>Disposition</u>**

None

**<u>Highest Offense Level (Opening)</u>**

None

**<u>Terminated Counts</u>**                          **<u>Disposition</u>**

None

**<u>Highest Offense Level (Terminated)</u>**

None

**Complaints**                                                    **Disposition**

None

---

**Plaintiff**

**USA**                                    represented by    **Alexandra Cooper–Ponte**
                                                            DOJ–USAO
                                                            2100 Jamieson Avenue
                                                            Alexandria, VA 22314
                                                            703–299–3809
                                                            Email: alexandra.cooper–ponte2@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: US Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/01/2023 | | | Arrest of Tyler Grimes in the Eastern District of Virginia – Alexandria Division. (wgar, ) (Entered: 08/01/2023) |
| 08/01/2023 | 1 | | Minute Entry for proceedings held before Magistrate Judge Lindsey R. Vaala:Initial Appearance in Rule 5(c)(3) Proceedings as to Tyler Grimes held on 8/1/2023. US appeared through: Alli Cooper–Ponte. Deft appeared without counsel (Duty AFPD – Todd Richman – present). Deft informed of rights, charges, and penalties. Court to appoint counsel. Gov't is seeking detention – pending DH. Detention Hearing/Status Conference (Identity Hearing) set for 8/3/2023 at 02:00 PM in Alexandria Courtroom 400 before Magistrate Judge Lindsey R. Vaala. Deft remanded. (Tape #FTR.)(wgar, ) (Entered: 08/01/2023) |
| 08/01/2023 | 2 | | Temporary Detention Order as to Tyler Grimes. Signed by Magistrate Judge Lindsey R. Vaala on 08/01/2023. (wgar, ) (Entered: 08/01/2023) |
| 08/01/2023 | | | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Tyler Grimes – Brittany M. Davidson for Tyler Grimes appointed. Entered by Magistrate Judge Lindsey R. Vaala on 08/01/2023. (wgar, ) (Entered: 08/01/2023) |
| 08/01/2023 | 3 | | NOTICE OF ATTORNEY APPEARANCE Alexandra Cooper–Ponte appearing for USA. (Cooper–Ponte, Alexandra) (Entered: 08/01/2023) |
| 08/03/2023 | 4 | | Pretrial Services Bond REPORT (Initial Pretrial Services Bond Report) (SEALED – government and defense counsel) as to Tyler Grimes. (stewart, mariel) (Entered: 08/03/2023) |
| 08/03/2023 | 5 | | NOTICE OF ATTORNEY APPEARANCE: Christopher Bryan Amolsch appearing for Tyler Grimes (Dcrow, ) (Entered: 08/03/2023) |
| 08/03/2023 | 6 | | Minute Entry for proceedings held before Magistrate Judge Lindsey R. Vaala:Detention Hearing as to Tyler Grimes held on 8/3/2023. USA appeared through Alexandra Cooper–Ponte. FPD Shannon Quill oral motion to withdraw – Granted. Deft appeared with counsel Chris Amolsch. Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady |

| | | | |
|---|---|---|---|
| | | | v. Maryland, 373 U.S. 83 (1963) and its progeny. U.S. requests detention – Denied. Deft argues for release with conditions. Deft placed on PR bond with conditions. (Tape #FTR.)(Dcrow, ) (Entered: 08/03/2023) |
| 08/03/2023 | 7 | | ORDER – This matter comes before the Court on its own initiative. Pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, the Court ORDERS the United States to adhere to the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. Brady v. Maryland instructs that the suppression by the prosecution of evidence favorable to an accused violates due process where the evidence is material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution. 373 U.S. at 87. Failure to adhere to this requirement may result in serious consequences, up to and including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the court. Having given counsel the oral admonition required by the Due Process Protections Act, this Order serves as the reminder of prosecutorial obligation and duties in accordance with Rule 5(f) and the Eastern District of Virginia Standing Order concerning the same as to Tyler Grimes. Signed by Magistrate Judge Lindsey R. Vaala on 08/03/2023. (Dcrow, ) (Entered: 08/03/2023) |
| 08/03/2023 | 8 | | ORDER Setting Conditions of Release as to Tyler Grimes (1) PR BOND. Signed by Magistrate Judge Lindsey R. Vaala on 08/03/2023. (Dcrow, ) (Entered: 08/03/2023) |
| 08/03/2023 | | | Terminate Deadlines and Hearings as to Tyler Grimes: (Dcrow, ) (Entered: 08/04/2023) |
| 08/04/2023 | 9 | | PR Bond Entered as to Tyler Grimes (Dcrow, ) (Entered: 08/04/2023) |

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Alexandra Cooper-Ponte (alexandra.cooper-ponte2@usdoj.gov),
Magistrate Judge Lindsey R. Vaala (diane_wood@vaed.uscourts.gov,
lindsey_vaala@vaed.uscourts.gov, lrv_chambers@vaed.uscourts.gov,
morgan_kelley@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:11354521@vaed.uscourts.gov
Subject:Activity in Case 1:23-mj-00147-LRVVAED USA v. Grimes Arrest - Rule 5
Content-Type: text/html
```

**U.S. District Court**

**Eastern District of Virginia –**

**Notice of Electronic Filing**

The following transaction was entered on 8/1/2023 at 4:29 PM EDT and filed on 8/1/2023

| | |
|---|---|
| **Case Name:** | USA v. Grimes |
| **Case Number:** | <u>1:23–mj–00147–LRV</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest of Tyler Grimes in the Eastern District of Virginia – Alexandria Division. (wgar, )**

**1:23–mj–00147–LRV–1 Notice has been electronically mailed to:**

Alexandra Cooper–Ponte &nbsp &nbsp alexandra.cooper–ponte2@usdoj.gov

**1:23–mj–00147–LRV–1 Notice has been delivered by other means to:**

TYPE OF HEARING: Rule 40
CASE NUMBER: 23mj147
MAGISTRATE JUDGE: Lindsey R. Vaala
DATE: 8|1|23
TIME: 2PM

EASTERN DISTRICT OF VIRGINIA          TAPE: FTR RECORDER/400

UNITED STATES OF AMERICA

VS.

Tyler Grimes

GOVT. ATTY: _____ Alli Cooper-Pantc

DEFT'S ATTY: _____ w/out counsel

DUTY AFPD: _____ Todd Richman

INTERPRETER/LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (X)
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL (X) FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set
forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. ( )

_____ Gov't is seeking detention—
_____ pending DH.

BOND _____ Deft remanded

NEXT COURT APPEARANCE _____ 8|3|23 _____ TIME 2PM
_____ Status | DH-LRV

8min.

AO 470 (8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT



### EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Tyler Grimes

CASE NO. 1:23mj147

Upon motion of the United States Government, it is hereby ORDERED that

a detention hearing is set for ____8/3/23____ at ____2PM____ before

the Honorable Lindsey R. Vaala, United States Magistrate Judge in Courtroom 400
<span style="font-size:smaller">Name of Judicial Officer</span>

located at 401 Courthouse Square, Alexandria, Virginia. Pending this hearing, the
<span style="font-size:smaller">Location of Judicial Officer</span>

defendant shall be held in custody by the United States Marshal

(_____) and produced for the hearing.
<span style="font-size:smaller">Other Custodial Official</span>

/s/
_____
Lindsey R. Vaala
United States Magistrate Judge

Date: ____8/1/23____

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government,
or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C § 3142(f) are present. Subsection (1) sets forth the grounds that
may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the
Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to
obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Alexandra Cooper-Ponte (alexandra.cooper-ponte2@usdoj.gov), Brittany
M. Davidson (brittany_davidson@fd.org, camisha_ellison@fd.org, maria_ramirez@fd.org,
thelma_young@fd.org), Magistrate Judge Lindsey R. Vaala (diane_wood@vaed.uscourts.gov,
lindsey_vaala@vaed.uscourts.gov, lrv_chambers@vaed.uscourts.gov,
morgan_kelley@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:11354549@vaed.uscourts.gov
Subject:Activity in Case 1:23-mj-00147-LRVVAED USA v. Grimes Order Appointing Public
Defender
Content-Type: text/html
```

## U.S. District Court

### Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 8/1/2023 at 4:34 PM EDT and filed on 8/1/2023

| | |
|---|---|
| **Case Name:** | USA v. Grimes |
| **Case Number:** | 1:23–mj–00147–LRV |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Tyler Grimes – Brittany M. Davidson for Tyler Grimes appointed. Entered by Magistrate Judge Lindsey R. Vaala on 08/01/2023. (wgar, )**

**1:23–mj–00147–LRV–1 Notice has been electronically mailed to:**

Alexandra Cooper–Ponte &nbsp &nbsp alexandra.cooper–ponte2@usdoj.gov

Brittany M. Davidson &nbsp &nbsp brittany_davidson@fd.org, camisha_ellison@fd.org, maria_ramirez@fd.org, Thelma_Young@fd.org

**1:23–mj–00147–LRV–1 Notice has been delivered by other means to:**

AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States | ) |
| *Plaintiff* | ) |
| v. | ) |
| Tyler Grimes | ) |
| *Defendant* | ) |

Case No.   1:23-mj-147

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States                                                                                              .

Date:     08/01/2023

*Attorney's signature*

Alexandra Cooper-Ponte (D.C. 90001063)
*Printed name and bar number*

United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

Alexandra.Cooper-Ponte2@usdoj.gov
*E-mail address*

(703) 299-3809
*Telephone number*

(703) 299-3980
*FAX number*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| USA | ) | |
|---|---|---|
| *Plaintiff* | ) | Case No. 1 : 23-MJ-147 |
| v. | ) | |
| Covines | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tyler    Covines                                                                  .

Date: _____

_____
*Attorney's signature*

CHRIS   Amolsen   4380
*Printed name and bar number*

1200T   Sunrise Valley Dr. 200
                          restn. VA
                              20191
*Address*

CHRISAMOLSEN@gahw.com
*E-mail address*

703 969 2214
*Telephone number*

_____
*FAX number*

| | |
|---|---|
| TYPE OF HEARING: Status Conference/DH | |
| CASE NUMBER: 1:23-MJ-00147-LRV | |
| MAGISTRATE JUDGE: Lindsey R. Vaala | |
| DATE:  8/3/2023    TIME: 2:00pm | |
| TAPE: FTR/400 | |

EASTERN DISTRICT OF VIRGINIA
UNITED STATES OF AMERICA

VS.
Tyler Grimes

COUNSEL FOR UNITED STATES:
Alexandra Cooper-Ponte

COUNSEL FOR DEFENDANT:
 Chris Amolsch

DUTY AFPD:


INTERPRETER:

LANGUAGE:


☐COURT TO APPOINT COUNSEL: ☐FPD ☐ CJA ☐ Conflict List
☐DEFT TO RETAIN COUNSEL      ☐COUNSEL TO BE REAPPOINTED
☒COUNSEL FOR THE PARTIES AND THE DEFENDANT WERE ORALLY ADVISED OF
THE DISCLOSURE OBLIGATIONS SET FORTH IN Brady v. Maryland, 373 U.S. 83 (1963) AND
ITS PROGENY.
☐RULE 5 ADVISEMENT
☐DEFT INFORMED OF THE VIOLATION(S)
☐DEFT DENIES PROBABLE CAUSE AS TO THE VIOLATION(S)
☐DEFT DOES NOT CONTEST PROBABLE CAUSE AS TO THE VIOLATION(S)
☐COURT FINDS PROBABLE CAUSE AS TO THE VIOLATION(S)
☐GOVT ADDUCED EVIDENCE AND RESTS
☐AFFIDAVIT ENTERED INTO EVIDENCE AS TO GOVT EX. 1
☒U.S. REQUESTS DETENTION: ☐GRANTED ☒DENIED
☐U.S. IS NOT SEEKING DETENTION
☐COUNSEL FOR DEFT SEEKING RELEASE ON BOND
☐COURT ORDERED CONDITIONS      ☐NO CONDITIONS ORDERED
☐DEFT RECOGNIZED TO APPEAR AT FURTHER PROCEEDINGS
☐DEFT REMANDED
☐MATTER SET TO BE HEARD BEFORE THE DISTRICT / SENTENCING JUDGE
☐MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY
FPD Shannon Quill oral motion to withdraw granted. Deft argues for release w/conditions

BOND: Deft placed on PR bond with conditions

| | |
|---|---|
| NEXT COURT APPEARANCE: | TYPE OF HEARING: |
| TIME: | JUDGE: |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.                                                                 Criminal No. 1:23mj147

TYLER GRIMES

        Defendant

### ORDER

This matter comes before the Court on its own initiative. Pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, the Court ORDERS the United States to adhere to the disclosure obligations set forth in *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. *Brady* v. *Maryland* instructs that "the suppression by the prosecution of evidence favorable to an accused" violates due process where the evidence is "material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution." 373 U.S. at 87. Failure to adhere to this requirement may result in serious consequences, up to and including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt of proceedings, disciplinary action, or sanctions by the court.

Having given counsel the oral admonition required by the Due Process Protections Act, this Order serves as the reminder of prosecutorial obligation and duties in accordance with Rule 5(f) and the Eastern District of Virginia Standing Order concerning the same.

It is SO ORDERED.

/s/ _____
Lindsey Robinson Vaala
United States Magistrate Judge

Date: August 3, 2023
Alexandria, Virginia

AO 199A (Rev. 06/19) Order Setting Conditions of Release

Page 1 of 4 Pages

**UNITED STATES DISTRICT COURT**

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Tyler Grimes | ) |
| _____ | ) |
| *Defendant* | |

Case No. 1:23-mj-147

### ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: United States District Court- South Dakota

*Place*

on August 28, 2023   1:20pm

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

AO 199B   (Rev. 12/20) Additional Conditions of Release                                                         Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☑ ) (6)   The defendant is placed in the custody of: *Jennifer-*
            Person or organization *Mother, Jessica Grimes, must reside and not move from this*
            Address *(only if above is an organization)* *residence without prior approval of PTS or the*
            City and state *Aldie, Virginia   Court*        Tel. No. _____
            who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court
            immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                                        Signed: _____        *8/3/23*
                                                              Custodian                          Date

( ☑ ) (7)   The defendant must:
   ( ☑ ) (a)   submit to supervision by and report for supervision to the _____ **Pretrial Services Office** *(PTS),*
               telephone number _____ , no later than _____ .
   ( ☐ ) (b)   continue or actively seek employment.
   ( ☐ ) (c)   continue or start an education program.
   ( ☑ ) (d)   surrender any passport to: *PTS*
   ( ☑ ) (e)   not obtain a passport or other international travel document.
   ( ☑ ) (f)   abide by the following restrictions on personal association, residence, or travel: **Do not depart the Washington D.C. Metropolitan**
               **area without prior approval of Pretrial Services or the Court.** *May attend court related matters in South*
   ( ☑ ) (g)   avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, *Dakota.*
               including: *Refrain from having any contact with minors under the age of 18,*
               *unless another adult is present who has been approved in advance by PTS*
   ( ☐ ) (h)   get medical or psychiatric treatment: _____
   ( ☐ ) (i)   return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
               or the following purposes: _____

   ( ☐ ) (j)   maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
               necessary.
   ( ☑ ) (k)   not possess a firearm, destructive device, or other weapon. *Remove from home or safeguard any firearms*
               *recommended by PTS.*
   ( ☐ ) (l)   not use alcohol ( ☐ ) at all ( ☐ ) excessively.
   ( ☐ ) (m)   not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
               medical practitioner.
   ( ☑ ) (n)   submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with
               random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
               prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and
               accuracy of prohibited substance screening or testing.
   ( ☑ ) (o)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
               supervising officer.
   ( ☑ ) (p)   participate in one of the following location restriction programs and comply with its requirements as directed:
               ( ☐ ) (i)   **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as
                           directed by the pretrial services office or supervising officer; or
               ( ☑ ) (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;
                           medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
                           activities approved in advance by the pretrial services office or supervising officer; or
               ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
                           court appearances or other activities specifically approved by the court; or
               ( ☐ ) (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However,
                           you must comply with the location or travel restrictions as imposed by the court.
                           **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B   (Rev. 12/20) Additional Conditions of Release

Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☑ ) (q)   submit to the following location monitoring technology and comply with its requirements as directed:

    ( ☐ ) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or

    ( ☐ ) (ii)   Voice Recognition; or

    ( ☐ ) (iii)   Radio Frequency; or

    ( ☑ ) (iv)   GPS.

( ☑ ) (r)   pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☐ ) (s)   report as soon as possible, to the pretrial sevices or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (t)   _See attachment_

## PAGE 3 ATTACHMENT

(u) Refrain from possessing or having access to a computer or the internet unless a computer monitoring program has been installed by Pretrial Services. The defendant shall consent to the installation of computer monitoring software on any computer which the defendant has access. Installation shall be performed by Pretrial Services. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations. The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The cost of the monitoring will be paid by the defendant;

(v) Refrain from possessing or utilizing any video gaming system and console, phones with internet capabilities, or other such devices which would enable contact and/or sharing of data with other individuals known or unknown to the defendant; and

(w) Submit to, and pay for, sex offender evaluation and/or treatment conducted by a certified sex offender treatment provider as directed by the supervising officer and sign all appropriate release forms.

AO 199C (Rev. 09/08) Advice of Penalties                                                                 Page____ of ____Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.   This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.   If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____

*Defendant's Signature*

_____

*City and State*                                            *Telephone Number*

### Directions to the United States Marshal

( ☐ )   The defendant is ORDERED released after processing.

( ☒ )   The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: August 3, 2023                                        /s/
                                                                    Lindsey R. Vaala
                                                                    United States Magistrate Judge

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Christopher Bryan Amolsch (chrisamolsch@yahoo.com), Alexandra
Cooper-Ponte (alexandra.cooper-ponte2@usdoj.gov), Magistrate Judge Lindsey R. Vaala
(diane_wood@vaed.uscourts.gov, lindsey_vaala@vaed.uscourts.gov,
lrv_chambers@vaed.uscourts.gov, morgan_kelley@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:11360086@vaed.uscourts.gov
Subject:Activity in Case 1:23-mj-00147-LRVVAED USA v. Grimes Terminate Deadlines and
Hearings
Content-Type: text/html
```

# U.S. District Court

## Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 8/4/2023 at 7:36 AM EDT and filed on 8/3/2023

| | |
|---|---|
| **Case Name:** | USA v. Grimes |
| **Case Number:** | <u>1:23–mj–00147–LRV</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Terminate Deadlines and Hearings as to Tyler Grimes: (Dcrow, )**


**1:23–mj–00147–LRV–1 Notice has been electronically mailed to:**

Alexandra Cooper–Ponte &nbsp &nbsp alexandra.cooper–ponte2@usdoj.gov

Christopher Bryan Amolsch &nbsp &nbsp chrisamolsch@yahoo.com

**1:23–mj–00147–LRV–1 Notice has been delivered by other means to:**

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                    Page 1 of __1__ Pages __4__

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:23-mj-147 |
| Tyler Grimes | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:  United States District Court - South Dakota

*Place*

on  August 28, 2023   1:20pm

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 12/20) Additional Conditions of Release                                                                Page __2__ of __4__ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the saftey of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☑ )  (6)  The defendant is placed in the custody of: *Jennifer·*
Person or organization  *Mother, Jessica Grimes, must reside and not move from this*
Address *(only if above is an organization)*  *residence without prior approval of PTS or the*
City and state  *Aldie, Virginia*  *Court*  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  *8/3/23*
                    Custodian                            Date

( ☑ )  (7)  The defendant must:

( ☑ )  (a)  submit to supervision by and report for supervision to the  **Pretrial Services Office** *(PTS)*.
telephone number _____ , no later than _____ .

( ☐ )  (b)  continue or actively seek employment.

( ☐ )  (c)  continue or start an education program.

( ☑ )  (d)  surrender any passport to:  *PTS*

( ☑ )  (e)  not obtain a passport or other international travel document.

( ☑ )  (f)  abide by the following restrictions on personal association, residence, or travel: **Do not depart the Washington D.C. Metropolitan area without prior approval of Pretrial Services or the Court.** *May attend court related matters in South Dakota*

( ☑ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: *Refrain from having any contact with minors under the age of 18, unless another adult is present who has been approved in advance by PTS*

( ☐ )  (h)  get medical or psychiatric treatment: _____

( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary. *Remove from home or safeguard any firearms*

( ☑ )  (k)  not possess a firearm, destructive device, or other weapon. *recommended by PTS.*

( ☐ )  (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.

( ☐ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ☑ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☑ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( ☑ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.

( ☐ )  (i)  **Curfew.**  You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or

( ☑ )  (ii)  **Home Detention.**  You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

( ☐ )  (iii)  **Home Incarceration.**  You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or

( ☐ )  (iv)  **Stand Alone Monitoring.**  You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B  (Rev. 12/20) Additional Conditions of Release                                                         Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☑ ) (q)   submit to the following location monitoring technology and comply with its requirements as directed:

       ( ☐ ) (i)      Location monitoring technology as directed by the pretrial services or supervising officer; or

       ( ☐ ) (ii)     Voice Recognition; or

       ( ☐ ) (iii)    Radio Frequency; or

       ( ☑ ) (iv)    GPS.

( ☑ ) (r)   pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☐ ) (s)   report as soon as possible, to the pretrial sevices or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (t)   ~~See attachment~~

## PAGE 3 ATTACHMENT

(u) Refrain from possessing or having access to a computer or the internet unless a computer monitoring program has been installed by Pretrial Services. The defendant shall consent to the installation of computer monitoring software on any computer which the defendant has access. Installation shall be performed by Pretrial Services. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations. The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The cost of the monitoring will be paid by the defendant;

(v) Refrain from possessing or utilizing any video gaming system and console, phones with internet capabilities, or other such devices which would enable contact and/or sharing of data with other individuals known or unknown to the defendant; and

(w) Submit to, and pay for, sex offender evaluation and/or treatment conducted by a certified sex offender treatment provider as directed by the supervising officer and sign all appropriate release forms.

AO 199C (Rev. 09/08) Advice of Penalties                                                                 Page_____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.



### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

X _____
                                                      *Defendant's Signature*

X __Aldie, VA_____          571-340-5294
            *City and State*                                      *Telephone Number*

### Directions to the United States Marshal

( ☐ )  The defendant is ORDERED released after processing.
( ☒ )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: __August 3, 2023__                        _____/s/_____
                                                            Lindsey R. Vaala
                                                   United States Magistrate Judge

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL