IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:23-MJ-147 |
| | ) | |
| TYLER GRIMES, | ) | |
| | ) | |
| Defendant. | ) | |

## RESPONSE TO MOTION TO MODIFY CONDITIONS OF RELEASE

The United States of America does not oppose Defendant's motion to modify his conditions of release to include his father, Charles Grimes, Jr., as an additional third-party custodian. It is the Government's understanding that the Probation Office has determined that Charles Grimes, Jr. is a suitable third-party custodian.

Respectfully Submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____
Alexandra Cooper-Ponte
Special Assistant United States Attorney
Marc Birnbaum
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3809
Fax: (703) 299-3980
E-mail: Alexandra.Cooper-Ponte2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 17, 2023, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, which will send a notification of such filing to all counsel of

record.

_____/s/_____

Alexandra Cooper-Ponte
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3809
Fax: (703) 299-3980
E-mail: Alexandra.Cooper-Ponte2@usdoj.gov
